**Honorable Benjamin H. Settle**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CONTESA A. DIAZ-NICOLAIDIS and CRISTO B. NICOLAIDIS, a marital community,<br><br>Plaintiffs,<br><br>vs.<br><br>LIBERTY INSURANCE CORPORATION, a foreign insurance company,<br><br>Defendant. | No. 3:22-cv-05814<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

## 1) **STIPULATION**

The undersigned parties having resolved this matter, it is stipulated by the parties that all claims be dismissed with prejudice and without costs or attorney's fees to any party and that the Order below dismissing those claims with prejudice may be entered.

Dated this 22nd day of February, 2023.

FORSBERG & UMLAUF, P.S.

[signature]
_____

Dated this 22nd day of February, 2023.

FOREMAN STURM & THEDE, LLP

*/s/ Nicholas A. Thede* (permission given via email)_____
Nicholas A. Thede, WSBA #43765

STIPULATION AND ORDER OF DISMISSAL– 1
CAUSE NO.

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

| | |
|---|---|
| Matthew S. Adams, WSBA #18820<br>Jennifer E. Aragon, WSBA #45270<br>*Attorneys for Defendant* | Kyle A. Sturm, *Appearing Pro Hac Vice*<br>*Attorneys for Plaintiff* |

### 2) **ORDER**

THIS MATTER having come on before the above-entitled court on the stipulation of the undersigned parties, now, therefore

IT IS SO ORDERED that all claims by and between the parties be dismissed with prejudice and without costs or attorney's fees to any party.

Dated this 24th day of February, 2023.

_____
Honorable Benjamin H. Settle

Presented by:

| | |
|---|---|
| FORSBERG & UMLAUF, P.S. | FOREMAN STURM & THEDE. LLP |
| _____<br>Matthew S. Adams, WSBA No. 18820<br>Jennifer E. Aragon, WSBA No. 45270<br>*Attorneys for Defendant* | */s/ Nicholas A. Thede* (permission given via email)_____<br>Nicholas A. Thede, WSBA #43765<br>Kyle A. Sturm, *Appearing Pro Hac Vice*<br>*Attorneys for Plaintiff* |

STIPULATION AND ORDER OF DISMISSAL– 2
CAUSE NO.

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

# CERTIFICATE OF SERVICE

The undersigned certifies under the penalty of perjury under the laws of the State of Washington that I am now and at all times herein mentioned, a citizen of the United States, a resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein.

On the date given below I caused to be served the foregoing ***STIPULATION AND ORDER OF DISMISSAL*** on the following individuals in the manner indicated:

Nicholas A. Thede
Kyle A. Sturm
FOREMAN STURM & THEDE, LLP
3519 NE 15th Avenue, Ste. 489
Portland, OR 97212
Phone No.: (503) 206-5824
Email: nick.thede@foremansturm.com
Email: kyle.sturm@foremansturm.com
*Attorneys for Plaintiffs*
( X )   Via ECF

**SIGNED** this 22nd day of February, 2023, at Seattle, Washington.

*/s/ Monica L. Schwandt*
Monica L. Schwandt

STIPULATION AND ORDER OF DISMISSAL– 3
CAUSE NO.

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX